Myles D. Ranier
Broussard Knoll Law Firm
1301 Common Street
Lake Charles LA 70601

Michael L. Brown
Earth Justice
900 Camp St., Ste 303
New Orleans LA 70130

Bridgett C. McCoy
Earth Justice
900 Camp St., Ste. 303
New Orleans LA 70130

Elizabeth Livingston de Calderon
Earth Justice
900 Camp St., Ste. 303
New Orleans LA 70130

> Judgment on rehearing rendered and mailed to all parties or counsel of record on May 6, 2026

**REHEARING ACTION: May 6, 2026**

**Docket Number: 25   00551-CA consolidated with 552-CA**

**HEALTHY GULF, ET AL.**
**VERSUS**
**SECRETARY, LOUISIANA DEPARTMENT**
**OF NATURAL RESOURCES**

**Appealed from Cameron Parish Case No. 1021076, 1021077**

**BEFORE JUDGES:**

> **Hon. Charles G. Fitzgerald**
> **Hon. Gary J. Ortego**
> **Hon. Clayton Davis**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Healthy Gulf, et al.** has this day been

> **DENIED.**

cc: Kirk Albert Patrick, III, Counsel for the Appellee
    Dylan A. Thompson, Counsel for the Appellee
    Pamela Roman Mascari, Counsel for the Appellee
    Maureen Noonan Harbourt, Counsel for the Appellee
    Troy John Charpentier, Counsel for the Appellee
    Lauren J. Rucinski, Counsel for the Appellee
    Tod J. Everage, Counsel for the Appellee
    Morgan D. Rogers, Counsel for the Appellee
    David Alexander Peterson, Counsel for the Appellee
    J. Blake Canfield, Counsel for the Appellee

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Angelique D. Freel, Counsel for the Appellee
Terrence J. Donahue, Jr., Counsel for the Appellee
Alyson M. Michener, Counsel for the Appellee
Taylor M. Landry, Counsel for the Appellee